# Exhibit A

## CERTIFICATION

I, Alfred T. Marciano, as Chairman for City of Warwick Municipal Employees Pension Fund ("Warwick"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Warwick. I have reviewed the complaint prepared against Rackspace Hosting, Inc. ("Rackspace"), alleging violations of the federal securities laws;

2. Warwick did not purchase common stock of Rackspace at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Warwick is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. Warwick's transactions in Rackspace common stock during the Class Period are reflected in Exhibit A, attached hereto;

5. Warwick has not sought to serve as a lead plaintiff in any class action under the federal securities laws filed during the last three years;

6. Beyond its pro rata share of any recovery, Warwick will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 10th day of May, 2017.

_____
Alfred T. Marciano
*Chairman*
*City of Warwick Municipal Employees Pension Fund*

## EXHIBIT A

## TRANSACTIONS IN RACKSPACE HOSTING INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 12/04/14 | 200.00 | $46.18 | ($9,235.54) |
| Purchase | 12/04/14 | 1,340.00 | $46.18 | ($61,880.13) |
| Purchase | 12/05/14 | 330.00 | $47.26 | ($15,594.98) |
| Purchase | 12/05/14 | 620.00 | $47.26 | ($29,300.70) |
| Purchase | 01/14/15 | 380.00 | $45.99 | ($17,476.20) |
| Purchase | 01/14/15 | 420.00 | $46.18 | ($19,396.82) |
| Purchase | 01/14/15 | 70.00 | $46.21 | ($3,234.47) |
| Sale | 04/09/15 | -190.00 | $51.10 | $9,708.62 |
| Sale | 05/12/15 | -1,010.00 | $46.02 | $46,475.66 |
| Sale | 05/19/15 | -200.00 | $43.00 | $8,600.76 |
| Sale | 05/19/15 | -230.00 | $42.93 | $9,873.67 |
| Sale | 05/19/15 | -1,730.00 | $42.98 | $74,348.13 |