UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF WARWICK MUNICIPAL EMPLOYEES PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RACKSPACE HOSTING, INC., WILLIAM TAYLOR RHODES, and KARL PICHLER<br><br>Defendants. | No.: 1:17-cv-03501-JFK |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9-19-17

**[PROPOSED] ORDER GRANTING MOTION OF
KBC ASSET MANAGEMENT NV FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Having considered all motions for appointment as Lead Plaintiff in the above-referenced action, the Court having read and considered all papers, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Having considered the application by KBC Asset Management NV ("KBC") seeking appointment as Lead Plaintiff and approval of its selection of Lead and Liaison Counsel, pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and for good cause shown, the Court hereby enters the following order:

1. The Court hereby holds that KBC is the "most adequate plaintiff" and that it satisfies the requirements of the PSLRA. The Court hereby **APPOINTS** KBC as Lead Plaintiff in the Consolidated Action.

2. Lead Plaintiff, pursuant to the PSLRA, has selected Motley Rice LLC to serve as Lead Counsel. This Court **APPROVES** its selection, and hereby **APPOINTS** Motley Rice LLC to serve as Lead Counsel for the Class.

3. Lead Plaintiff, pursuant to the PSLRA, has selected Labaton Sucharow LLP to serve as Liaison Counsel. This Court **APPROVES** its selection, and hereby **APPOINTS** Labaton Sucharow LLP to serve as Liaison Counsel for the Class.

**SO ORDERED**

Dated: September 19, 2017

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge
Southern District of New York

1