UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF WARWICK MUNICIPAL EMPLOYEES
PENSION FUND et al., Individually and on
behalf of All Others Similarly Situated,
                             Plaintiffs,

        -against-                                 17 **CIVIL** 3501 (JFK)

## **JUDGMENT**

RACKSPACE HOSTING, INC., WILLIAM
TAYLOR RHODES, and KARL PICHLER,
                             Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 5, 2019, Defendants' motion to dismiss Plaintiff's complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         February 6, 2019

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                               **BY:**
                                                  **Deputy Clerk**